# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED ACCESS TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AT&T CORP., AT&T SERVICES, INC., and SBC INTERNET SERVICES, INC.<br><br>Defendants. | C.A. No. 11-338-LPS |
| UNITED ACCESS TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYTEL BROADBAND SERVICES, LLC and QWEST CORPORATION,<br><br>Defendants. | C.A. No. 11-339-LPS |
| UNITED ACCESS TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORPORATION,<br><br>Defendant. | C.A. No. 11-341-LPS |

## ORDER

At Wilmington, this **22nd** day of **August, 2017**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that:

Defendants' motion for summary judgment of non-infringement (C.A. No. 11-338-LPS

D.I. 115; C.A. No. 11-339-LPS D.I. 185; C.A. No. 11-341-LPS D.I. 177) is **GRANTED**.

The parties shall meet and confer and, no later than August 25, submit a joint status report.

_____
HON. LEONARD P. STARK
UNITED STATES DISTRICT JUDGE