# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| United Access Technologies, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>AT&T Corp. *et al.*,<br><br>　　Defendants. | C.A. No. 1:11-cv-00338-KAJ |
| United Access Technologies, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>CenturyTel Broadband Services, LLC and Qwest Corporation,<br><br>　　Defendants. | C.A. No. 1:11-cv-00339-KAJ |

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO EXCHANGE AND FILE THE PARTIES' PROPOSED FINAL PRETRIAL ORDERS AND RESETTING FINAL PRETRIAL CONFERENCE**

　　WHEREAS, pursuant to the Amended Scheduling Order (D.I. 310 in C.A. No. 11-338; D.I. 338 in C.A. No. 11-339), the parties' joint proposed final pretrial orders are currently due January 15, 2021 for both of the above-captioned cases;

　　WHEREAS, pursuant to said Amended Scheduling Order, the Final Pretrial Conference is currently set for February 12, 2021 and the actions are currently set for trial March 2, 2021 (C.A. No. 11-338) and March 22, 2021 (C.A. No. 11-339);

　　WHEREAS, pursuant to the telephone conference held before the Court on January 8, 2021 (*see* Minute Entry of even date in C.A. Nos. 11-338, 11-339), the Court advised the parties that the current trial dates will be re-set due to ongoing COVID-19 measures and will not take place

before July 12, 2021 at the earliest, and invited the parties to confer and submit scheduling proposals regarding pretrial and trial proceedings in these actions;

WHEREAS, the parties have met and conferred and are in agreement to reset the Final Pretrial Conference (currently scheduled for February 12, 2021) to a later date to be determined;

WHEREAS, the parties are currently in the process of meeting and conferring regarding proposals for setting the Final Pretrial Conference and trials; and

WHEREAS, in view of the foregoing, and in order to afford the parties sufficient time to comply with the pretrial deadlines and requirements and facilitate the best use of the Court's and the parties' time with regard to the final pretrial order, the parties agree to extend the current deadline to file their proposed final pretrial order to February 12, 2021, and further agree that: (1) UAT will serve its response to Defendants' proposed final pretrial order materials on or before January 29, 2021 and (2) the parties will meet and confer regarding the proposed final pretrial order in the period between February 1 and February 12, 2021.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties in the above-captioned actions, subject to approval of the Court:

- the Final Pretrial Conference scheduled for February 12, 2021 shall be continued until a **later date to be determined**;
- the deadline for the parties to file their proposed final pretrial order in each of the actions shall be extended from January 15, 2021 to **February 12, 2021**;
- UAT will serve its response to Defendants' pretrial materials on or before **January 29, 2021**; and
- the parties will meet and confer regarding the proposed final pretrial order between **February 1 and February 12, 2021**.

No other case deadlines will be affected by the requested extensions.

Dated: January 14, 2021

| | |
|---|---|
| **ASHBY & GEDDES** | **DUANE MORRIS LLP** |
| */s/ John G. Day* <br> John G. Day (#2403) <br> Andrew C. Mayo (#5207) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-1888 <br> jday@ashbygeddes.com <br> amayo@ashbygeddes.com | */s/ Richard L. Renck* <br> Richard L. Renck (#3893) <br> 222 Delaware Avenue, Suite 1600 <br> Wilmington, DE 19801 <br> (302) 657-4900 <br> rlrenck@duanemorris.com |
| *Attorneys for Plaintiff* <br> *United Access Technologies, LLC* | *Attorneys for Defendants* <br> *CenturyTel Broadband Services, LLC and Qwest Corporation* |

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Tyler E. Cragg*
Frederick L. Cottrell, III (#2555)
Tyler E. Cragg (#6398)
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
cragg@rlf.com

*Attorneys for Defendants AT&T Corp.,
AT&T Services, Inc., and SBC Internet
Services, LLC*

SO ORDERED this _____ day of _____ 2021.

_____
HONORABLE KENT A. JORDAN